STATE OF NEW JERSEY v. LUIS ACOSTA.

November 27, 1978.  Petition for certification denied.